UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEALED MATTER                         Misc. No. 16-MC-50654

_____/                     HON. BERNARD A. FRIEDMAN

### ORDER DENYING MOVANT'S MOTION TO
### UNSEAL SEARCH WARRANT AFFIDAVITS

On September 26, 2017, this matter came before the Court on movants' motion to

unseal search warrant affidavits [docket entry 19].  A hearing was held and oral argument heard.

For the reasons stated on the record,


IT IS ORDERED that movants' motion to unseal search warrant affidavits is denied.


__s/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated:  September 27, 2017
        Detroit, Michigan